EXHIBIT A

**Geraci Law Offices**
45 Exchange Blvd Fl 4
Rochester, NY  14614
585-888-6453
mgeraci@geracilawoffices.com



| | TOTAL DUE | |
|---|---|---|
| | $17,809.50 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01/2021 | Services | Open file regarding second lawsuit against Town of Alma, Ronald Staedt and new defendant, Daniel Ford. | 1 | | 0.00 |
| 03/08/2021 | Legal Fee | Telephone conference with clients to discuss status of litigation with Town and process of filing and prosecuting second complaint. Organize notes to file. | 1 | 275.00 | 275.00 |
| 03/09/2021 | Legal Fee | Conference with Brian to discuss/review factual allegations and begin work on drafting second complaint. | 4.50 | 275.00 | 1,237.50 |
| 03/12/2021 | Legal Fee | Telephone conference with Brian and former counsel Mike Harren to discuss preparation of complaint and strategy. | 0.85 | 275.00 | 233.75 |
| 03/16/2021 | Legal Fee | Telephone conference with Brian regarding recent Town Board proceedings. Continue working on second complaint to incorporate additional facts and allegations. | 2.25 | 275.00 | 618.75 |
| 03/24/2021 | Legal Fee | Telephone conference with Brian regarding updates with Town and efforts to return Brian to work. Discuss plan to proceed with second complaint. Draft memo to file to memorialize discussion and incorporate new facts into second complaint. | 0.70 | 275.00 | 192.50 |
| 04/09/2021 | Legal Fee | E-mail to Town of Alma attorney Eric Firkel regarding status of Trask matter and potential second complaint. | 0.40 | 275.00 | 110.00 |
| 04/10/2021 | Legal Fee | Follow up with Brian in regard to | 3.50 | 275.00 | 962.50 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | payment and continue working on second complaint. Researching potential damages calculation given circumstances of prior action. Researching issues concerning requirements for Town's continued employment of Brian regarding insurance and drug testing. | | | |
| 04/15/2021 | Legal Fee | Continue working to draft second complaint background and first cause of action. | 6 | 275.00 | 1,650.00 |
| 04/21/2021 | Legal Fee | Continue working on drafting second complaint and supporting documents. | 4.25 | 275.00 | 1,168.75 |
| 04/22/2021 | Legal Fee | Receive/review e-mail response from attorney Firkel with Town's position. Forward to client and call client to discuss. | 0.60 | 275.00 | 165.00 |
| 04/27/2021 | Legal Fee | Researching legal basis for Town's position and prepare memorandum to file. | 1.75 | 275.00 | 481.25 |
| 04/30/2021 | Legal Fee | E-mail to attorney Firkel regarding Town Board Resolution reinstating Trask and request to return Trask to work with pay. | 0.30 | 275.00 | 82.50 |
| 05/06/2021 | Legal Fee | Researching additional potential legal theories for second complaint and inclusion of town highway superintendent as defendant. | 1.75 | 275.00 | 481.25 |
| 05/10/2021 | Legal Fee | Telephone conference with Brian to get employment update including indication from Highway Superintendent of potential impending payment. | 0.25 | 275.00 | 68.75 |
| 05/11/2021 | Legal Fee | E-mail to Firkel regarding indication from Trask of potential payment and options to proceed. | 0.25 | 275.00 | 68.75 |
| 05/12/2021 | Legal Fee | Telephone conference with Brian to discuss final preparation of and filing of second complaint. | 0.50 | 275.00 | 137.50 |
| 05/14/2021 | Legal Fee | Review/analyze updated documents provided by client in support of second complaint and damages claim/calculation. | 1 | 275.00 | 275.00 |
| 05/18/2021 | Legal Fee | Final review and edits of complaint and supporting filing documents to prepare for filing. | 1.75 | 275.00 | 481.25 |
| 05/19/2021 | Service | File Complaint in WDNY (21-cv-00651-JLS) | 1 | 0.00 | 0.00 |
| 05/19/2021 | Cost | Complaint Filing Fee | 1 | 402.00 | 402.00 |
| 06/10/2021 | Legal Fee | Draft three (3) Summons. Confirm each defendant information and | 1 | 275.00 | 275.00 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | prepare for filing. | | | |
| 06/17/2021 | Service | Three (3) Original Summons Filed. | 0.40 | 0.00 | 0.00 |
| 07/13/2021 | Hours | Travel to and from Alma, New York to meet with clients and attend Town Board meeting (@ 1/2 rate) | 3 | 137.50 | 412.50 |
| 07/13/2021 | Legal Fee | Attend Alma Town Board meeting. Conference with client before and after meeting. | 2 | 275.00 | 550.00 |
| 08/10/2021 | Legal Fee | Telephone conference with Brian regarding case updates and status. | 0.40 | 275.00 | 110.00 |
| 08/24/2021 | Legal Fee | Prepare for and attend (telephonically) Alma Town Board Meeting. | 1.50 | 275.00 | 412.50 |
| 08/25/2021 | Legal Fee | Receive/review e-mail from Heather Dechert regarding request for extension to Answer. Brief telephone conference with Dechert to follow up. | 0.40 | 275.00 | 110.00 |
| 08/31/2021 | Legal Fee | Telephone conference with Brian to advise of discussions with opposing counsel and how matter anticipated to proceed. | 0.50 | 275.00 | 137.50 |
| 09/07/2021 | Legal Fee | Review Motion for Extension of Time or Move to Dismiss Filed by Town of Alma and Staedt. Contact client to advise of filing and answer questions. | 1 | 275.00 | 275.00 |
| 09/15/2021 | Legal Fee | Receive/review draft Motion for Sanctions and supporting documents from Heather Dechert. | 1.50 | 275.00 | 412.50 |
| 09/15/2021 | Legal Fee | Researching issues related to sanctions motion to prepare response. | 1.25 | 275.00 | 343.75 |
| 09/16/2021 | Legal Fee | Forward sanctions motion to client and contact to discuss and advise regarding basis for, and response to motion. | 0.40 | 275.00 | 110.00 |
| 09/16/2021 | Legal Fee | Receive/review Text Order filed by Court extending time for defendants to answer Complaint to 9/28. Forward to client. | 0.20 | 275.00 | 55.00 |
| 09/20/2021 | Legal Fee | Correspondence with parties regarding agreement to proceed to mediation. Prepare and draft Stipulation to Engage in Mediation and Stay Other Proceedings. E-mail exchange with all parties regarding approval of Stipulation | 1 | 275.00 | 275.00 |
| 09/23/2021 | Legal Fee | File Stipulation to Engage in Mediation and Stay Other Proceedings to case docket. | 0.10 | 275.00 | 27.50 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/28/2021 | Legal Fee | Review Order acknowledging Stipulation Issued by Hon. John L. Sinatra, Jr. | 0.25 | 275.00 | 68.75 |
| 11/18/2021 | Legal Fee | Telephone conference with Brian and Heather to discuss 1/19 Court conference. | 0.75 | 275.00 | 206.25 |
| 11/19/2021 | Legal Fee | Attend case management conference with Court. | 1 | 275.00 | 275.00 |
| 12/09/2021 | Legal Fee | Working on drafting pre-mediation statement. | 2 | 275.00 | 550.00 |
| 12/14/2021 | Legal Fee | Telephone conference with Brian to discuss arrangements for mediation and process going forward. | 0.30 | 275.00 | 82.50 |
| 12/15/2021 | Legal Fee | Meeting with Brian in Rochester to discuss case and prepare for mediation. | 2 | 275.00 | 550.00 |
| 12/16/2021 | Legal Fee | Trask Mediation preparation and session. | 7.50 | 275.00 | 2,062.50 |
| 12/17/2021 | Legal Fee | Begin working on outlining terms and drafting proposed settlement agreement. Confer with opposing counsel - attorney McClaren to draft. | 0.40 | 275.00 | 110.00 |
| 12/22/2021 | Legal Fee | Receive/review draft proposed settlement agreement. | 1.10 | 275.00 | 302.50 |
| 12/28/2021 | Legal Fee | Receive/review revised draft of settlement agreement. Forward to client for review and execution. | 0.25 | 275.00 | 68.75 |
| 01/18/2022 | Legal Fee | Receive/review proposed Motion to approve Settlement. | 1.50 | 275.00 | 412.50 |
| 01/20/2022 | Legal Fee | Review Motion to Withdraw filed by Town of Alma, Letter Submitted by Ronald Staedt, and Text Order Issued by Hon. John L. Sinatra. Contact Brian to confirm filing. | 0.20 | 275.00 | 55.00 |
| 01/28/2022 | Legal Fee | Review and analyze Motion to Seal Defendants Motion to Withdraw Filed by Ronald Staedt and Town of Alma and Order granting said Motion Issued by Hon. John L. Sinatra. Contact Brian to advise of filing and discuss. | 0.60 | 275.00 | 165.00 |
| 02/11/2022 | Legal Fee | e-mail exchange with opposing counsel regarding status of motion to approve settlement. Contact Court Chambers to inquire if anything additional needed. Draft follow-up e-mail to opposing counsel. | 0.50 | 275.00 | 137.50 |
| 04/29/2022 | Legal Fee | Draft Joint Letter to Court regarding motion to approve settlement agreement. | 0.60 | 275.00 | 165.00 |

| | |
|---|---|
| BALANCE DUE | **$17,809.50** |